**CLAYCO STATE BANK, Appellant,**

v.

**Leo C. ULLMANN and Jane E. Ullmann, Respondents.**

**No. WD 41784.**

Missouri Court of Appeals, Western District.

April 17, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1990.

James Glover, III, Kansas City, for appellant.

John H. Norton, Norton, White & Norton, Kansas City, for respondents.

Before BERREY, J.P., and TURNAGE and ULRICH, JJ.

## ORDER

PER CURIAM:

The Clayco State Bank, Claycomo, Missouri, appeals the judgment entered on a jury verdict denying its claim for the balance due on a promissory note executed by Leo C. and Jane E. Ullmann. The judgment is affirmed. Rule 84.16(b).